**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **TONNIES STORE, INC., STEVEN A.** | ) | |
| **TONNIES and SUSAN M. TONNIES,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **NO. 08-cv-539-JPG-DGW** |
| | ) | |
| **STATE AUTO PROPERTY AND** | ) | |
| **CASUALTY INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**Dated:  June 4, 2009**

**JUSTINE FLANAGAN, ACTING CLERK**


**s/Brenda K. Lowe, Deputy Clerk**


**APPROVED:** *s/ J. Phil Gilbert*
              **U. S. DISTRICT JUDGE**